# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**MICHAEL J. FURNEY,**
          **Plaintiff,**
  v.                                                                           Case No. 08-C-0851

**FIRST CAPITAL SURETY GROUP, INC., et al.,**
          **Defendants.**

---

## ORDER

Plaintiff filed an amended complaint in this action on November 6, 2008. Attached to the amended complaint as Exhibit A is a copy of a letter from plaintiff, as general counsel for defendant First Capital Surety and Trust Co. ("FCS&T"), to four members of the Board of Directors of FCS&T. FCS&T argues that this document is protected by the attorney-client privilege and therefore should not be part of the public file for this case. FCS&T has thus moved to temporarily seal Exhibit A to the amended complaint until the court has had an opportunity to consider permanent relief, and plaintiff has not opposed this motion. After reviewing Exhibit A and FCS&T's declaration in support of its motion, I conclude that FCS&T has shown good cause for temporarily removing Exhibit A from the public file – namely, that the document is likely protected by the attorney-client privilege. **THEREFORE, IT IS ORDERED** that FCS&T's Rule 7.4 motion to seal is **GRANTED**. **IT IS FURTHER ORDERED** that the Clerk of Court immediately **SEAL** Exhibit A to plaintiffs' amended complaint. No other part of the record for this case shall be removed from the public file.

Dated at Milwaukee, Wisconsin, this 9 day of December, 2008.

/s_____
LYNN ADELMAN
District Court Judge